IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRUCE X. COOPER, | No. 4:21-CV-01793 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| JOHN WETZEL, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 28th day of April 2022, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' motion to dismiss under Federal Rule of Civil Procedure 12(b)(6), Doc. 4, is **GRANTED** in part and **DENIED** in part, as follows:

   a. Cooper's Eighth Amendment conditions-of-confinement claim under 42 U.S.C. § 1983 against defendant Erin Brown is **DISMISSED** with prejudice for failure to state a claim upon which relief may be granted.

   b. Cooper's state-law negligence claims against defendants John Wetzel and Kevin Ransom are **DISMISSED** with prejudice as they are barred by state statutory sovereign immunity.

   c. Defendants' motion to dismiss is **DENIED** in all other respects.

2. This case will proceed on Cooper's Section 1983 Eighth Amendment conditions-of-confinement claim against defendants Wetzel and Ransom only.

- 2 -

3. The Clerk of Court is directed to terminate defendant Erin Brown.

                BY THE COURT:

                *s/ Matthew W. Brann*
                Matthew W. Brann
                Chief United States District Judge