# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRUCE X. COOPER, | No. 4:21-CV-01793 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| JOHN WETZEL, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 18th day of November 2022, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that Plaintiff's motion (Doc. 32) for class certification under Federal Rule of Civil Procedure 23 is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge