## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRUCE X. COOPER, | No. 4:21-CV-01793 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| JOHN WETZEL, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 20th day of February 2024, in accordance with the

accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1.  Defendant Kevin Ransom's motion (Doc. 77) for summary judgment
    pursuant to Federal Rule of Civil Procedure 56 is **GRANTED**.

2.  The Clerk of Court is directed to enter judgment in favor of
    defendants Kevin Ransom and John Wetzel[1] and against plaintiff
    Bruce X. Cooper as to Cooper's Section 1983 Eighth Amendment
    claims.

3.  The Clerk of Court is further directed to **CLOSE** this case.


BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[1]  *See* Doc. 76 ¶¶ 1(a), 2.